(118 N. W. 141.)

---

STATE OF NORTH DAKOTA, EX REL. T. F. McCUE, ATTORNEY GENERAL, AND HERSCHEL JAMES, RELATOR v. ROBERT D. BEERY, COUNTY AUDITOR OF HETTINGER COUNTY, NORTH DAKOTA.

Opinion filed October 29, 1908.

Application by Herschel James in the name of the state against Robert D. Beery, as Auditor of Hettinger County, for an original writ.

Denied.

*Ball, Watson, Young & Lawrence,* for plaintiff.

*T. F. McCue, Attorney General, S. E. Ellsworth, A. G. Divet,* and *Guy C. H. Corliss* (of counsel,) for defendant.

PER CURIAM. Following the case of State, ex rel. v. Blaisdell, 18 N. D. 55, 118 N. W. 141, this day decided, the writ herein prayed for is denied.